IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD ARTHUR, | * | CIVIL ACTION |
| Plaintiff, | * | NO. 02-2931 |
| vs. | * | |
| THE UNITED STATES OF AMERICA, | * | The Honorable Harvey Bartle, III |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## THE UNITED STATES OF AMERICA'S
## 12(B)(6) MOTION TO DISMISS

DEFENDANT, The United States of America (the "United States"), for the reasons stated in the attached Memorandum of Law, moves for partial dismissal of the claims of Edward Arthur pursuant to Fed. R. Civ. Pro. 12(b)(6) for failure to state a cause of action upon which this Court may grant relief.

WHEREFORE, the United States, respectfully requests this Honorable Court enter the attached proposed Order.

Respectfully submitted,

PATRICK L. MEEHAN
United States Attorney
PETER F. FROST
Senior Admiralty Counsel
Civil Division, Torts Branch
U.S. DEPARTMENT OF JUSTICE
P.O. Box 14271
Washington, D.C. 20044-4271

Attorneys for the United States of America

_____

MARC B. ZINGARINI
MICHAEL T. HOLLISTER
WEBER, GALLAGHER, SIMPSON,
STAPLETON, FIRES & NEWBY LLP
The Belgravia Building
1811 Chestnut Street, Suite 600
Philadelphia, PA 19103
Telephone: (215) 564-4597
Facsimile: (215) 564-7699

Local Counsel to the United States of America

HENRY A. KING
 (LA Bar No. 7393)
MICHAEL L. VINCENZO
(LA Bar No. 23965)
KING, LEBLANC & BLAND, P.L.L.C.
201 St. Charles Avenue, Suite 3800
New Orleans, LA 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233

Of Counsel to the United States of America

Dated: July 15, 2003

Case 2:02-cv-02931-HB    Document 31    Filed 07/15/2003    Page 3 of 4

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD ARTHUR, | * | CIVIL ACTION |
| Plaintiff, | * | NO. 02-2931 |
| vs. | * | |
| THE UNITED STATES OF AMERICA, | * | The Honorable Harvey Bartle, III |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

AND NOW, this _____ day of _____, 2003, upon consideration of the United States Motion to Dismiss the First Amended Complaint and any opposition thereto, it is hereby Ordered and Decreed that said Motion is GRANTED.  Plaintiff's First Amended Complaint against the United States is dismissed with Prejudice.

BY THE COURT:

_____
The Honorable Harvey Bartle, III