IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD ARTHUR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | NO. 02-2931 |

## O R D E R

AND NOW, this          day of                    , 2003, it is Ordered that the above captioned case is referred to Arbitration under Local Rule 53.2 of the Local Rules of Civil Procedure.

BY THE COURT:

_____
HARVEY BARTLE III,         J.

Civ 12 (9/83)