UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD ARTHUR )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA )<br>)<br>Defendant ) | Civil Action No. 02-CV-2931 |

**O R D E R**

AND NOW, this ____ day of _____, 2003, upon consideration of Plaintiff Edward Arthur's Motion For Reconsideration Of The Court's September 15, 2003 Memorandum and Order, and Defendant's Opposition thereto, IT IS HEREBY ORDERED that Plaintiff's Motion For Reconsideration is GRANTED in all respects. IT IS FURTHER ORDERED, that the Court's September 15, 2003 Memorandum and Order pertaining to Defendant's Motion To Dismiss is VACATED, and Defendant's Motion To Dismiss is DENIED as to all causes of action accruing on or after May 17, 2000.

BY THE COURT:

_____
J.