IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD ARTHUR                    :        CIVIL ACTION
                                 :
        v.                       :
                                 :
UNITED STATES OF AMERICA         :        NO. 02-2931

ORDER

        AND NOW, this      day of October, 2003, it is hereby
ORDERED that the motion of plaintiff for reconsideration or
alternatively clarification of the court's September 15, 2003
Memorandum and Order (Document #39) is DENIED.

                        BY THE COURT:


                        _____
                                                     J.