IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Edward Arthur | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-2931 |
| The United States of America | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Tuesday, April 6, 2004.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

By:_____
Tashia C. Irving
Deputy Clerk
Phone:267-299-7071

Date: November 25, 2003

Copies:    Katherine Gallagher, Courtroom Deputy to Judge Harvey Bartle, III
Docket Clerk - Case File

Counsel:    Brian P. McCafferty, Esq.
Michael T. Hollister, Esq.
Mindee J. Reuben, Esq.

ARB2.FRM