IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
EDWARD ARTHUR                   :         CIVIL ACTION
                                :
         v.                     :
                                :
MAERSK, INC. et al.             :         NO. 02-2931`
```

**O R D E R**

AND NOW, this         day of                 , 2003, it is Ordered that the above captioned case is referred to Arbitration under Local Rule 53.2 of the Local Rules of Civil Procedure. Arbitration is to be scheduled in April 2004.

BY THE COURT:

_____
HARVEY BARTLE III,        J.

Civ 12 (9/83)