IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD ARTHUR, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | NO. 02-CV-2931 |
| Defendant | | |

### AMENDED CONFERENCE ORDER

The Settlement Conference in the above-captioned case previously scheduled will be continued to **Tuesday, January 13, 2004 at 10:30 a.m.**, before the Honorable James R. Melinson, Chief United States Magistrate Judge, in Room 3000, U.S. Courthouse, 601 Market Street, Philadelphia, Pa. 19106.

The court assumes that settlement of this case is a real possibility. Counsel are directed to notify the court if this assumption is unwarranted.

**Counsel are directed to arrange to have clients with ultimate authority to settle physically PRESENT in the courtroom for the duration of this conference.**[1] Parties are to remain present until expressly released by the court.

Counsel are further directed to complete the enclosed Settlement Conference Summary to be delivered to Chambers on or before Wednesday, January 7, 2004.

 

Hon. James R. Melinson
Chief United States Magistrate Judge

Nancy DeLisle, Deputy Clerk
215-597-5316

Date:  December 10, 2003

cc: Brian P. McCafferty, Esquire
    Michael T. Hollister, Esquire
    Mindee J. Reuben, Esquire

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case must attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with ultimate settlement authority is also required to attend.