IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Edward Arthur | : | CIVIL ACTION |
| v. | : | |
| | : | No. 02-2931 |
| The United States of America | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on *Monday, June 7, 2004. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.** NOTE: Arbitrators shall not participate in settlement discussions.

                                                            Michael E. Kunz

                                                            Clerk of Court

*Case continued from 4/6/04

By: _____

Tashia C. Irving

Deputy Clerk

Phone: 267-299-7071

Date: March 18, 2004

Copies:    Katherine Gallagher, Courtroom Deputy to Judge Harvey Bartle, III

                Docket Clerk - Case File

Counsel:    Brian P. McCafferty, Esq.

                    Michael T. Hollister, Esq.

                    Mindee J. Reuben, Esq.

                    A. Robert Degen, Esq.

                    Henry A. King, Esq.

                    Marc B. Zingarini, Esq.

ARB2.FRM