```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| EDWARD ARTHUR | : | CIVIL ACTION |
| vs. | : | |
| THE UNITED STATES OF AMERICA | : | NO. 02-2931 |

<u>O R D E R</u>

**AND NOW, TO WIT:** This 13th day of July, 2004, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                    **MICHAEL E. KUNZ**, Clerk of Court

                                    **BY:**_____
                                           Katherine Gallagher
                                           Deputy Clerk

Copies mailed on 7/13/04 to:    A. R. Degen
                                                        B. McCafferty
                                                        H. A. King
                                                        M. B. Zingarini
                                                        M. L. Vincenzo
                                                         M. T. Hollister
                                                        M. J. Ruben

Civ 2 (8/95)
41.1(b)