UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD ARTHUR<br><br>   Plaintiff,<br>   v.<br><br>MAERSK, INC. (d/b/a Maersk Line Ltd.)<br><br>DYN CORP TECHNICAL SERVICES<br>(d/b/a Dyn Marine Services), and<br><br>THE UNITED STATES OF AMERICA<br><br>   Defendants. | CIVIL ACTION NO. 02-CV-2931 |

### PLAINTIFF EDWARD ARTHUR'S NOTICE OF APPEAL

Notice is hereby given that Edward Arthur, Plaintiff in the above-named case, by and through his undersigned counsel, hereby appeals to the United States Court of Appeals for the Third Circuit from the following Orders entered in the above-captioned matter: (1) Order of May 6, 2003 Granting Plaintiff's Motion For Leave To Amend His Complaint; (2) Order of May 16, 2003 Granting Summary Judgment to Defendants Maersk, Inc. and Dyn Corp Technical Services; (3) Order of August 12, 2003 Granting Defendant United States' Motion to Dismiss In Part; and (4) Order of October 15, 2004 Denying Plaintiff's Motion to Reconsider.

                    Respectfully submitted,

_____
Brian P. McCafferty, Esq.
Provost & Umphrey Law Firm, LLP
1617 JFK Boulevard, Suite 640
Philadelphia, Pennsylvania 19103
(215) 569-8840
(215) 569-9070 (facsimile)

ATTORNEY FOR PLAINTIFF ARTHUR

Dated: September 10, 2004