IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD ARTHUR

        vs.

MAERSK, INC., et al.

Case No. 02-cv-2931
District Court Docket Number

Notice of Appeal Filed 9/10/04
Court Reporter(s)/ESR Operator(s)        - None

Filing Fee:
        Notice of Appeal  X  Paid   __Not Paid    __Seaman
        Docket Fee         X  Paid   __Not Paid    __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

Defendant's Address (for criminal appeals)

Prepared by : _____
                         Marianne Ratti
                      Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm