UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD ARTHUR | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 02-CV-2931 |
| UNITED STATES | : |
| Defendant. | : |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO TRANSFER**

Plaintiff Edward Arthur files this unopposed Motion to extend the time for Plaintiff Edward Arthur to respond to Defendants' Motion To Transfer (filed May 10th) for approximately one week until June 2, 2006. Plaintiff's counsel has consulted with counsel for the Defendant United States and Defendant does not oppose this request for extension of time. Moreover, extending time to respond to the Motion to Transfer will not interfere with any Court deadlines in this case. Accordingly, Plaintiff requests that this Court permit him additional time to respond to the Motion to Transfer.

Respectfully submitted,

_/s/ Brian McCafferty_
Brian P. McCafferty, Esq.
Provost & Umphrey Law Firm, LLP
1617 JFK Boulevard, Suite 640
Philadelphia, Pennsylvania 19103
(215) 569-8840
(215) 569-9070 (facsimile)

**ATTORNEY FOR PLAINTIFF ARTHUR**

Dated: May 17, 2006

## CERTIFICATE OF SERVICE

I, Brian P. McCafferty, Esq., hereby certify that a copy of the foregoing Plaintiff's Unopposed Motion to Extend was served upon the following counsel by first class mail on May 17, 2006:

>A. Robert Degen, Esquire
>Fox Rothschild O'Brien & Frankel, LLP
>2000 Market Street, 10th Floor
>Philadelphia, PA 19103

_____
Brian P. McCafferty

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD ARTHUR : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION NO. 02-CV-2931 |
| UNITED STATES : | |
| Defendant. : | |

**ORDER**

AND NOW this _____ day of _____, 2006, upon consideration of Plaintiff Arthur's Unopposed Motion to Extend Time, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED, and Plaintiff Arthur shall respond to Defendant's Motion to Transfer Venue on or before June 2, 2006.

BY THE COURT:

_____
J.